IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| DENISE BROWN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF NEW JERSEY )<br>RICK FUENTES COLONEL )<br>both in his individual and official )<br>capacity as Superintendent of New )<br>Jersey State Police )<br>JOHN STEET DETECTIVE (NJSP) )<br>both in his individual and official capacity )<br>as New Jersey State Police Detective )<br>CHRISTIAN ESKRIDGE TROOPER )<br>(NJSP) both in his individual and official )<br>capacity as New Jersey State Trooper )<br>CITY OF VINELAND )<br>TIMOTHY CODISPOTI both in his )<br>individual and official capacity as )<br>Vineland Chief of Police )<br>JOSEPH VALENTINE both in his )<br>individual and official capacity as )<br>Vineland Police Sergeant, )<br>DAVID HENDERSCOTT OFFICER )<br>both in his individual and official capacity )<br>as Vineland Police Officer )<br>OFFICER SMITH both in his individual )<br>and official capacity as Police Officer )<br>JOHN/JANE DOES 1-20 both in their )<br>individual and official capacities )<br>)<br>Defendants, ) | Civil Action No. 09-cv-5301 |

---

STIPULATION OF DISMISSAL PURSUANT
TO FED. R. CIV. PROCEDURE 41(a)

THIS matter having come before this Court upon Defendant's Motion to Dismiss the

Complaint, and the parties seek to file the above docket with the Superior Court of New Jersey;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's federal law claim is dismissed with prejudice, and it is

FURTHER ORDERED that Plaintiff's state law claims are remanded to Superior Court of New Jersey Cumberland County Docket No. CUM-L-674-09.

_____
Brian H. Leinhauser, Esquire
24 E. Market Street
P.O. Box 565
West Chester, PA 19381-0565c
Attorney for City of Vineland

_____  6/8/09
William Riback, Esquire
132 Haddon Avenue
Haddonfield, NJ 08033
Attorney for Plaintiff

Date: Nov. 10 2009

_____
JEROME B. SIMANDLE
U.S. District Judge