

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK

MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NEW JERSEY 07101

**CAMDEN OFFICE**
MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101

**November 12, 2009**

WILLIAM T. WALSH
CLERK

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 301
TRENTON, NJ 08608

REPLY TO: <u>CAMDEN</u>

```
Cumberland County Superior Court
Fayette St & W Broad St
Bridgeton, NJ 08302


            RE: BROWN v. STATE OF NEW JERSEY et al

            Our Civil Number: 09cv05301 (JBS)
            Your Civil Number: L-674-09


Dear Sir or Madam:

    Pursuant to the Order of Remand entered in the above
entitled matter by this Court, please find enclosed one (1)
certified copy of the docket entries and one (1) certified copy
of the Remand order.

                           Very truly yours,


                           WILLIAM T. WALSH, CLERK



                           By:  Taryn Franchetti
                                Deputy Clerk


cc: file
```